THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 17  P 2: 39

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| **FIDELITY AND GUARANTY LIFE INSURANCE COMPANY,** | * | |
| PLAINTIFF, | * | |
| v. | * | CIVIL ACTION NO. JFM 02 CV 1843 |
| **AMANDA PARNELL, et al.** | * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff Fidelity and Guaranty Life Insurance Company's Motion to Allow Private Service of Process, it is this _17th_ day of _June_, 2002 by the United States District Court for the District of Maryland,

ORDERED that Defendant Amanda Parnell may be served original process through the use of private process servers.

_____
Judge J. Frederick Motz
United States District Court for the District of Maryland

