UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. <br> ~~MJG-02-CV-1624~~ <br> JFM 02 CV 1843 |
| AMANDA PARNELL, *et al.* | : | |
| Defendants. | : | |

### JOINT MOTION REQUESTING ENTRY OF CONSENT JUDGMENT

Singer Asset Finance Company, L. L.C. and St. Paul Fire and Marine Insurance Company, by their undersigned attorneys, hereby jointly move this Court for the entry of a Consent Judgment in the form attached hereto as Exhibit A.

Dated: December 6, 2002

NEUBERGER, QUINN, GIELEN
 RUBIN & GIBBER

By: _____
Jason M. St. John
One South Street
27th Floor
Baltimore, Maryland 21202
(410) 332-8550

Attorneys for Singer Asset Finance
Company, L.L.C.

Respectfully submitted,

GOHN, HANKEY & STICHEL, LLP

By: _____
H. Mark Stichel
201 North Charles Street
Suite 2101
Baltimore, Maryland 21201
(410) 752-1658

Attorneys for St. Paul Fire & Marine
Insurance Company and Fidelity and Guaranty
Assignment Corporation

Granted this 9th day of December, 2002

_____
**Marvin J. Garbis**
**United States District Judge**

